IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Bankruptcy Court
Southern District of Texas
ENTERED
AUG 21 1998
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| AMERICAN RICE, INC., | § | CASE NO. 98-21254-C-11 |
| A TEXAS CORPORATION, | § | CHAPTER 11 |
| Debtor. | § | |

**ORDER GRANTING APPLICATION FOR APPROVAL OF
RETENTION OF JORDAN, HYDEN, WOMBLE & CULBRETH, P.C.
AS ATTORNEYS FOR DEBTOR**

Came on for consideration the Application of American Rice, Inc., Debtor and Debtor-in-Possession, seeking authority to be retained as the law firm of Jordan, Hyden, Womble & Culbreth, a Professional Corporation, as local counsel to represent it as Debtor-in-Possession herein and for monthly application of Debtor's trust account for fees and expenses subject to subsequent Court approval, and upon the Affidavit of said Shelby A. Jordan, and it appearing that he is an attorney duly admitted to practice in this Court, and the Court being satisfied that Jordan, Hyden, Womble & Culbreth, P.C. represents no interest adverse to said American Rice, Inc., Debtor and Debtor-in-Possession herein, or to its estate, in the matters upon which it is to be engaged, and that its employment is necessary and would be to the best interest of the estate; therefore it is

ORDERED, that the retention by American Rice, Inc., Debtor and Debtor-in-Possession, herein, of Jordan, Hyden, Womble & Culbreth, P.C. to represent it on the terms stated in the application, in the within proceeding under Chapter 11 of the Bankruptcy Code is approved; subject to further orders of this Court.

Signed on this the _____ day of AUG 20 1998 , 1998.

_____
UNITED STATES BANKRUPTCY JUDGE