United States Bankruptcy Court
Southern District of Texas
ENTERED

OCT 06 1998

Michael N. Milby, Clerk of Court

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

IN RE:                          §
                                §
AMERICAN RICE, INC.             §        CASE NO. 98-21254-C-11
                                §               (Chapter 11)
DEBTOR.                         §

## ORDER APPROVING EMPLOYMENT OF COX & SMITH INCORPORATED AS COUNSEL FOR THE OFFICIAL UNSECURED CREDITORS' COMMITTEE

On this day, the Court considered the Application to Employ Cox & Smith Incorporated as Counsel For The Official Creditors' Committee (the "Application"). The Court, being of the opinion that the Application is well taken, hereby approves same. It is, therefore,

**ORDERED** that the employment of Cox & Smith Incorporated  ("Cox & Smith"), as Counsel for the Official Unsecured Creditors' Committee in this case be, and hereby is, **APPROVED**.

**SIGNED** this _____ day of OCT 06 1998 _____, 1998.

_____
UNITED STATES BANKRUPTCY JUDGE

RETURN COPY TO:

Deborah D. Williamson
Texas State Bar No. 21617500
Patricia L. Barsalou
Texas State Bar No. 01835890
COX & SMITH INCORPORATED
112 E. Pecan St., Suite 1800
San Antonio, TX  78205
(210) 554-5500
(210) 226-8395 (FAX)

1

215517.01