```
                                               United States Bankruptcy Court
                                                 Southern District of Texas
                                                        ENTERED
                                                     MAY 04 1999
                                               Michael N. Milby, Clerk of Court
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| AMERICAN RICE, INC., | § | CASE NO. 98-21254-C-11 |
| A TEXAS CORPORATION, | § | CHAPTER 11 |
| Debtor. | § | |
| | § | |

### ORDER GRANTING STIPULATION BY AND AMONG AMERICAN RICE, INC., THE UNOFFICIAL COMMITTEE OF NOTEHOLDERS, U.S. TRUST COMPANY OF TEXAS, N.A. AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EXTENDING TIME TO OBJECT TO APPROVAL OF DISCLOSURE STATEMENT

Came on for consideration the Stipulation by and among American Rice, Inc., the unofficial Committee of Noteholders, U.S. Trust Company of Texas, N.A. and the Official Committee of Unsecured Creditors Extending Time to Object to Approval of Disclosure Statement, finds that cause exists to grant the Stipulation. It is therefore,

ORDERED, that any objections to approval of the Disclosure Statement submitted by the Unofficial Committee, the Indenture Trustee or the Official Committee may be submitted an any time through and including at the Disclosure Statement Hearing on May 3, 1999.

SIGNED this _____ day of __MAY 0 3 1999__, 1999.

_____
RICHARD S. SCHMIDT
UNITED STATES BANKRUPTCY JUDGE

Order Submitted By:
Marc A. Beilinson
***Pachulski, Stang, Ziehl & Young P.C.***
10100 Santa Monica Blvd
Suite 1100
Los Angeles, California 90067
Telephone (310) 277-6910
Telecopier (310) 201-0760
ATTORNEYS FOR DEBTOR

Paul Aronzon, Esq.
***Milbank, Tweed, Hadley & McCloy***
601 S. Figueroa St. Suite 3000
Los Angeles, California 90017
ATTORNEYS FOR THE UNOFFICIAL COMMITTEE
OF NOTEHOLDERS

819

Kenneth Stohner, Jr.
*Jackson, Walker, L.L.P.*
901 Main Street Ste 6000
Dallas, Texas 75202
ATTORNEYS FOR U.S. TRUST COMPANY OF TEXAS, N.A.

Deborah D. Williamson
*Cox & Smith Incorporated*
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS