IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Bankruptcy Court
Southern District of Texas
ENTERED
MAY 25 1999
Michael N. Milby, Clerk of Court

| IN RE: | § | |
| --- | --- | --- |
| | § | |
| AMERICAN RICE, INC. | § | CASE NO. 98-21254-C-11 |
| | § | |
| DEBTOR | § | (Chapter 11) |

### AGREED ORDER MODIFYING ORDER GRANTING COX & SMITH INCORPORATED'S FIRST INTERIM APPLICATION FOR PAYMENT OF ADMINISTRATIVE CLAIM FOR PROFESSIONAL FEES AND EXPENSES INCURRED AS COUNSEL TO OFFICIAL UNSECURED CREDITORS' COMMITTEE

CAME ON for consideration the United States Trustee's motion to modify the Court's Order of March 3, 1999, granting the AGREED ORDER MODIFYING ORDER GRANTING COX & SMITH INCORPORATED'S FIRST INTERIM APPLICATION FOR PAYMENT OF ADMINISTRATIVE CLAIM FOR PROFESSIONAL FEES AND EXPENSES INCURRED AS COUNSEL TO OFFICIAL UNSECURED CREDITORS' COMMITTEE (the "Application"), after further review by the United States Trustee and the Debtor, and after agreement of the applicant and these parties for reduction of the fees and expenses requested, it is therefore

**ORDERED** that the Order entered by this Court on March 5, 1999, granting Cox & Smith Incorporated's application be and is hereby modified and superceded by this Order; It is further

**ORDERED** that Cox & Smith Incorporated, is allowed the reduced amount of $90,731.00 as interim reimbursement for fees and $5,512.10 as interim reimbursement for expenses for a total of $96,243.10 as a priority administrative claim; and it is further

**ORDERED** that the Debtor is authorized to pay Cox & Smith Incorporated $16,665.42 which is the unpaid balance on the above-stated amounts in full compensation for the fees and expenses allowed in this Order on the eleventh (11th) day after entry of this Order.

DATED: \_\_\_\_ day of _____, 1999.

MAY 2 1 1999

/s/ Richard S. Schmidt
HONORABLE RICHARD S. SCHMIDT
UNITED STATES BANKRUPTCY JUDGE

APPROVED AS TO FORM
AND SUBSTANCE:

_____
COX & SMITH INCORPORATED

_____
UNITED STATES TRUSTEE

_____
COUNSEL FOR THE DEBTOR

**DATED:** _____ day of _____, 1999.

                                              _____
                                              HONORABLE RICHARD S. SCHMIDT
                                              UNITED STATES BANKRUPTCY JUDGE

APPROVED AS TO FORM
AND SUBSTANCE:


_____
COX & SMITH INCORPORATED


_____
UNITED STATES TRUSTEE


_/s/ M. Bull_____
COUNSEL FOR THE DEBTOR

F:\WP\68700\MAB\DOC\201788.1