IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **CASE NO. 98-21254-C-11** |
| **AMERICAN RICE, INC.,** | § | |
| | § | **CHAPTER 11** |
| **Debtor.** | § | |

**SUPPLEMENTAL PROOF OF SERVICE**
**Motion to Approve Distribution to Class 5 - Olive Division Unsecured Claims**

On behalf of the movant, I certify that I am more than 18 years of age, and I served a copy of the *Motion to Approve Distribution to Class 5 - Olive Division Unsecured Claims* and *Amended Notice of Hearing*:

(a) on this date: August 21, 2003

(b) by this method: U.S. First Class Mail and Certified Mail

(c) on these entities: Parties on attached list. The movant attempted to serve these entities on July 25, 2003. However, the pleadings were returned due to address changes.

Dated: August 22, 2003

COX & SMITH INCORPORATED
112 E. Pecan Street, Suite 1800
San Antonio, Texas 78205
(210) 554-5500
(210) 226-8395 (Fax)

By:  */s/ Carol E. Jendrzey*
        Carol E. Jendrzey
        Texas State Bar No. 10617420

**ATTORNEYS FOR THE OFFICIAL
COMMITTEE OF UNSECURED
CREDITORS OF AMERICAN RICE, INC.**

628821.1

Alliance Shippers
PO Box 827505
Philadelphia, PA  19182-7505

Danny's Market
30221 Cherry Hill Road
Inkster, MI  48141

Galaxy Sales & Marketing
6300 West Old Shakopee Road
Suite 110
Bloomington, MN  55438-2318

Great Western Chemical
5740 NW Front Avenue
Portland, OR  97210

Olive Growers Council of CA
C/o William J. Thomas, Esq.
770 L Street, #1150
Sacramento, CA  95814

City of Hope N. Calif
55 Hawthorne Street
Suite 450
San Francisco, CA  94105

Galaxy Sales & Marketing
6300 West Old Shakopee Road
Suite 110
Bloomington, MN  55438-2318

Galaxy Sales & Marketing
6300 West Old Shakopee Road
Suite 110
Bloomington, MN  55438-2318

Information Technology Group
16000 Ventura Blvd.
Suite 600
Encino, CA  91436

Acosta Sales
3308 Franklin Road SW
Roanoke, VA  24014

Copeland Lumber Yards, Inc.
3585 SW Hall Blvd.
Beaverton, OR  97005

Galaxy Sales & Marketing
6300 West Old Shakopee Road
Suite 110
Bloomington, MN  55438-2318

Genuardi's Family Market
2850 Audubon Village Drive
Norristown, PA  19403

Mai-Weaver
805 Estelle Drive
Lancaster, PA  17601

628821.1